**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:25-cv-20516

CHRISTIAN JARAMILLO ABELING,

       Plaintiff,

v.

WK ENTERTAINMENT, LLC,

       Defendant.

_____/

## ANSWER & AFFIRMATIVE DEFENSES

Defendant WK ENTERTAINMENT, LLC, ("WK" or "Defendant"), by and through undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff's, CHRISTIAN JARAMILLO ABELING ("Jaramillo" or "Plaintiff"), Complaint, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12.     Admitted.

13.     Denied.

14.     No Knowledge.

15.     Denied.

16.     This Count is not directed at Defendant therefore no response is needed.

17.     Admitted.

18.     Denied.

19.     Admitted.

20.     Admitted.

21.     Admitted.

22.     Denied.

23.     Denied.

24.     Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Jaramillo was given extensive time off, when he did not for WK.

### Second Affirmative Defense

Jaramillo was paid a salary of $70,000.00, and in addition, he was given $10,611.63 for 2023, distributions of individual property approximately worth $8-10,000 each year for 2022-2024, the sum of $19,238.42 for 2023, and $4,500.00 for 2024 as additional distributions, from which no taxes were deducted.

**Third Affirmative Defense**

Jaramillo agreed that the distributions (over his base salary) were additional compensation.

**Fourth Affirmative Defense**

Jaramillo has filed numerous unsuccessful actions against WK, for personal injuries and sexual harassment, as part of a scheme to defraud his former employer who was overly generous to him. Jaramillo was allowed to live at the house of Walter Kolm when he did not work for WK, except for incidental moments when he helped around the house.

**Respectfully submitted,**

**WOLFE LAW MIAMI, P.A.**
*Counsel for Defendant,*
*WK Entertainment, LLC*
Latitude One Offices
175 SW 7th Street, Suite 2410
Miami, FL 33130
Phone:  305-384-7370
Fax:     305-384-7371

By*: /s/ Richard C. Wolfe*
RICHARD C. WOLFE
Florida Bar No.: 355907
rwolfe@wolfelawmiami.com

**CERTIFICATE OF SERVICE**

We hereby certify that on May 28th, 2025, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.